UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOUKONE SAENGTHIP, | CASE NO. 1:10-cv-02321-SKO |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Docket No. 12) |
| Defendant. | |

On June 8, 2011, the parties filed a stipulated request that this action be dismissed with prejudice, with each party agreeing to bear his or her own fees, costs, and expenses.

It is HEREBY ORDERED THAT:

1. The parties' stipulated request is GRANTED;

2. The complaint is dismissed with prejudice; and

3. This case shall be administratively closed.

IT IS SO ORDERED.

**Dated:   June 9, 2011**              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE